UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. MJ-04-M-249-JLA |
| | ) | |
| CHAVEZ CHAMPAGNE | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by and through Assistant United States Attorney John A. Capin respectfully represents:

1. That CHAVEZ CHAMPAGNE is presently incarcerated at the Essex County Correctional Facility, 20 Manning Avenue, Middleton, Massachusetts, and that on November 16, 2004, he will be incarcerated at this institution.

2. That on November 9, 2004, CHAVEZ CHAMPAGNE was charged by criminal complaint in the above-captioned case with unlawful possession of a firearm. On that date, this Court issued a warrant for the arrest of CHAVEZ CHAMPAGNE.

3. That CHAVEZ CHAMPAGNE is scheduled to appear before the United States District Court in Boston, Massachusetts for the purpose of making an initial appearance on the complaint in this case on November 16, 2004 at 10:00 a.m., as scheduled by the Court.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the Essex County Sheriff, Essex County Correctional Facility, or to any other person having custody and control of CHAVEZ CHAMPAGNE, commanding them to produce CHAVEZ CHAMPAGNE before the United States District Court, District of Massachusetts, John Joseph Moakley Federal Courthouse,

Boston, Massachusetts, for the purpose of making an initial appearance on the complaint in this case on November 16, 2004 at 10:00 a.m.

           Respectfully submitted,

           MICHAEL J. SULLIVAN
           United States Attorney

       By:          
           JOHN A. Capin
           Assistant U.S. Attorney

ALLOWED: 11/12/04

/S/ Joyce London Alexander
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE