UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: The Warden of
    Essex County Correctional Facility
    20 Manning Avenue
    Middleton, MA 01949

YOU ARE COMMANDED to have the body of **CHAVEZ CHAMPAGNE** (DOB:\*\*/\*\*/81; SS#:\*\*\*-\*\*-9165)  now in your custody, before the United States District Court for the District of Massachusetts,1 Courthouse Way, Courtroom  No. **24**,  on the **7th** floor, Boston, Massachusetts on **November 16, 2004,** at **10:00 A.M.** for the purpose of an **initial appearance** on an indictment in the case of   UNITED STATES OF AMERICA  v.  **CHAVEZ CHAMPAGNE**, et al. MJ Number 04-249 JLA.  And you are to retain the body of said **CHAVEZ CHAMPAGNE** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **CHAVEZ CHAMPAGNE** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 12th day of November, 2004.

                                  HONORABLE JOYCE LONDON ALEXANDER
                                  U.S. MAGISTRATE JUDGE

                                  By the Court:


                                  /S/ Rex Brown
                                  Courtroom Clerk