UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIM. CASE NO:
V.                                                           MJ04-M-249:001 JLA

CHAVEZ CHAMPAGNE
   Defendant

**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

On November 16, 2004, the defendant in the above-entitled action appeared before this on a criminal complaint charging violations of 18 U.S.C. §922 (g)(1), felon in possession of a firearm. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney Catherine Byrne of the Federal Defender Office for the District of Massachusetts be appointed, effective as of November 16, 2004, to represent said defendant in this cause until further order of the Court.

SO ORDERED.

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

BY THE COURT:
/S/ Rex Brown
Courtroom Clerk

November 23, 2004
Date