AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

CHAVEZ CHAMPAGNE

**EXHIBIT AND WITNESS LIST**

Case Number:  MJ04-M-249 JLA

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>JOHN CAPIN | DEFENDANT'S ATTORNEY<br>CATHERINE BYRNE |
|---|---|---|
| TRIAL DATE (S)<br>11/23/04 | COURT REPORTER<br>DIGITAL RECORDING | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X |  | 11/23/04 | direct |  | JODY MINICK, S/A, BATFE |
| A |  | 11/23/04 | X |  | AFFIDAVIT AND COMPLAINT OF AGENT SHEILA OHARA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages