AO 442 (Rev. 5/93) Warrant for Arrest

SCANNED
DATE: 11-29-04
BY: Cwb

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CHAVEZ CHAMPAGNE

**WARRANT FOR ARREST**

CASE NUMBER: MJ04-M-249 JLA

RECEIVED
2004 NOV -9 P 5: 04
U.S. MARSHAL SERVICE
BOSTON, MA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CHAVEZ CHAMPAGNE _____
                                                    Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

Felon in Possession of Firearm and Ammunition

in violation of Title __18__ United States Code, Section(s) __922(g)__

JOYCE LONDON ALEXANDER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

11/9/04   BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF THE
NAMED DEFENDANT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | 11/16/04 | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- | --- |
| DATE OF ARREST | | | |

This form was electronically produced by Elite Federal Forms, Inc.